**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. M-25-0089-S1** |
| | § | |
| **MICHAEL ANDREW LUERA** | § | |
| **ISIDRO ZAVALA** | § | |

**<u>SEALED SUPERSEDING INDICTMENT</u>**

**THE GRAND JURY CHARGES:**

**<u>Count One</u>**

On or about December 12, 2024, in the Southern District of Texas, and within the jurisdiction of the court, defendant,

**MICHAEL ANDREW LUERA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 1.3 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**<u>Count Two</u>**

On or about December 5, 2024, in the Southern District of Texas, and within the jurisdiction of the court, defendant,

**ISIDRO ZAVALA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 50 grams or more, that is, approximately 245 grams of a mixture

or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

____________________________________
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

____________________________________
ASSISTANT UNITED STATES ATTORNEY